1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JAMES PLAS SAMS,                  Case No. EDCV 17-1848 SVW (SS)

12                 Plaintiff,          **ORDER ACCEPTING FINDINGS,**

13         v.                          **CONCLUSIONS AND RECOMMENDATIONS**

14   COUNTY OF RIVERSIDE, et al.,      **OF UNITED STATES MAGISTRATE**

15                 Defendants.         **JUDGE**

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third

18   Amended Complaint ("TAC") in the above-captioned matter, all the

19   records and files herein, and the Report and Recommendation of the

20   United States Magistrate Judge.  The time for filing Objections to

21   the Report and Recommendation has passed and no Objections have

22   been received.  Accordingly, the Court accepts and adopts the

23   findings, conclusions and recommendations of the Magistrate Judge.

24

25        IT IS ORDERED THAT:

26

27        1.  Plaintiff's federal civil rights claims in Claims I-II

28   and VII-VIII are DISMISSED WITH PREJUDICE.

1     2.   Plaintiff's federal civil rights claims in Claims IV-VI
2 are DISMISSED WITHOUT PREJUDICE but without leave to amend.

4     3.   Plaintiff's state law claims ("SLC") in SLC 1-2 and 5-10
5 are DISMISSED WITHOUT PREJUDICE but without leave to amend.

7     4.   This action shall proceed only on federal Claim III for
8 excessive force; SLC 3 under the Bane Act, Cal. Civ. Code § 52.1,
9 for excessive force; and SLC 4 for negligent use of excessive force
10 against Deputies Avila, Recksiek, Lycopolous and Melendez in their
11 individual capacities, and municipal Defendants County of
12 Riverside, the Riverside County Sheriff's Department, and the City
13 of Jurupa Valley.

15     5.   The Magistrate Judge shall direct the United States
16 Marshal to serve the Third Amended Complaint, as amended by the
17 striking of claims and Defendants in this Order, on the
18 aforementioned individual and municipal Defendants.

20     The Clerk shall serve copies of this Order by United States
21 mail on Plaintiff at his address of record.

23 DATED:  July 10, 2019

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2